United States District Court
Southern District of Texas
**ENTERED**
February 04, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MALIBU MEDIA, LLC,** § § | |
| **Plaintiff,** § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-3418 |
| § § | |
| **JOHN DOE,** § § | |
| **Defendant.** § | |

# ORDER

The parties in this case have jointly filed a Stipulation of Dismissal with Prejudice (Doc. No. 96). In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 4th day of February, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE